JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL ADLY SULTAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION;, DAISY LUVIANO, an individual, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 5:18-cv-2649 JVS (SPx)<br>Assigned to: Hon. James V. Selna<br><br>**ORDER TO REMAND CASE TO RIVERSIDE COUNTY SUPERIOR COURT CASE NUMBER RIC 1821547**<br><br>Complaint Filed: October 19, 2018 |

**ORDER**

The Court, having considered the Parties' stipulation, and finding it supported by GOOD CAUSE, hereby approves the stipulation and orders that the action is REMANDED to the Riverside County Superior Court, Case Number RIC 1821547. The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated: April 01, 2019

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE